IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRENDA FLOOD                                                      PLAINTIFF

v.                    Civil No. 07-3019

WABASH NATIONAL CORPORATION AND
WNC CLOUD MERGER SUB, INC.
d/b/a WABASH WOOD PRODUCTS                                       DEFENDANTS

**O R D E R**

NOW on this 2nd day of July 2007, comes on for consideration Defendant Wabash National Corporation's **Motion to Dismiss and/or, In the Alternative, for Summary Judgment** (document #3). The Court, being well and sufficiently advised that Plaintiff has no objection to Defendant's motion, finds that the motion should be, and it hereby is, **granted** and, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff's complaint is hereby dismissed with respect to all claims against Defendant Wabash National Corporation.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**